David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff,*
*Shaneka Seeman*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **SHANEKA SEEMAN, on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD G. HILL, LTD**<br><br>Defendant. | **Case No.:**  2:14-cv-02048-APG-PAL<br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HERBY GIVEN** that the dispute between Plaintiff SHANEKA SEEMAN ("Plaintiff") and Defendant RICHARD G. HILL, LTD. ("Defendant") has been resolved on an individual basis. The parties anticipate filing a Motion for Dismissal of the Action as to the named Plaintiff, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements be vacated and that the Court set a deadline on or after March 23, 2015 for filing a Dismissal.

Dated: January 22, 2015                            RESPECTFULLY SUBMITTED,

                                                    By: /s/ Danny J. Horen
                                                           DANNY J. HOREN, ESQ.
                                                           ATTORNEY FOR PLAINTIFFS

**IT IS ORDERED** that the parties shall have until March 23, 2015, to file a stipulation for dismissal if they have finalized their settlement, or a joint status report advising the court when the stipulation to dismiss will be filed.

DATED this 26th day of January, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2015, service of the foregoing ***NOTICE OF SETTLEMENT*** was served via electronic filing with the court, thereby upon completion the electronic filing system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered parties of record in this case, addressed as follows:

| Counsel of Record | Phone | Party |
|---|---|---|
| Richard G. Hill, Esq.<br><br>Richard G. Hill, LTD<br>652 Forest Street<br>Reno, NV 89509 | 775-348-0896 | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

By: /s/ Danny J. Horen<br>
Danny J. Horen, Esq.<br>
Kazerouni Law Group, APC