1  Danny J. Horen, Esq.
2  NV Bar No. 13153
   Kazerouni Law Group, APC
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Telephone: (800) 400-6808x7
5  Facsimile: (800) 520-5523
6  danny@kazlg.com

7  David H. Krieger
8  Haines & Krieger, LLC
   8985 S. Eastern Avenue, Ste. 130
9  Henderson, NV 89123
10 Telephone: (702) 880-5554
   Facsimile: (702) 383-5518
11

12 *Attorneys for Plaintiff*

          UNITED STATES DISTRICT COURT
                DISTRICT OF NEVADA

| | |
|---|---|
| SHANEKA SEEMAN, on behalf of herself and all others similarly situated, | Case No.: 2:14-cv-02048 |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| RICHARD G. HILL, LTD | |
| Defendant. | |

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff SHANEKA SEEMAN's dismissal of the claims against Defendant RICHARD G. HILL, LTD, in the above-captioned matter, with prejudice as to the named plaintiff, and without prejudice as to the putative class members. Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 9, 2015

BY: /s/ RICHARD G. HILL
    RICHARD G. HILL, ESQ.
    ATTORNEY FOR DEFENDANT

BY: /s/ DANNY J. HOREN
    DANNY J. HOREN, ESQ.
    ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED:

DATED: February 10, 2015

_____
UNITED STATES DISTRICT JUDGE